**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                (212) 805-0194
UNITED STATES DISTRICT JUDGE

November 25, 2025

O. Andrew F. Wilson
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020

Jessica M. Ochoa
New York City Law Department
100 Church Street
New York, NY 10007

Re: **Council on American-Islamic Relations New York et al. v. City of New York et al.**
**25 Civ. 1936 (NRB)**

Dear Counsel:

The Court is in receipt of the parties' letters of November 5, November 21, and November 24, ECF Nos. 24, 25, 26. The proposed stipulated schedule set forth in defendants' letter of November 21, ECF No. 25, is acceptable. At this time, discovery is limited only to the depositions of the two individual plaintiffs and production of their own documents.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record (by ECF)